```
                                                    FILED
                                                09 OCT 19 PM 3:11
                                             CLERK, U.S. DISTRICT COURT
                                           SOUTHERN DISTRICT OF CALIFORNIA

                                           BY:      al         DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 09CR1824-JM |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER ON JOINT MOTION TO CONTINUE SENTENCING HEARING |
| MICHAEL ANTHONY MIRELES, | ) | |
| Defendant. | ) | |

### ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the sentencing hearing scheduled for October 30, 2009, at 9:00 a.m., be continued to February 12, 2010, at 9:00 a.m.

DATE: 10/15/09

HON. JEFFREY T. MILLER
United States District Court Judge